**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HESS CORPORATION, | |
| Plaintiff, | CIVIL ACTION NO. 3:12-cv-939 |
| v. | (JUDGE CAPUTO) |
| BURSTNET TECHNOLOGIES, LLC, | |
| Defendant. | |

**ORDER**

**NOW**, this 22nd day of May, 2012, **IT IS HEREBY ORDERED** that Plaintiff Hess Corporation is given leave to file an amended complaint within **twenty-one (21) days** from the date of this Order.  If Plaintiff fails to do so, the action will be dismissed.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge